IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**PHILIP HALBERT NEILSON**                                                            **PLAINTIFF**

**VS.**

                                                                                       **CAUSE NO. 3:12CV9-A-V**

**JAMES GREENLEE, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS UNITED
STATES ATTORNEY FOR THE NORTHERN
DISTRICT OF MISSISSIPPI; JOHN DOES 1-25;
XYZ CORPORATION 1-23**                                      **DEFENDANTS**

## ORDER

THIS CAUSE is before the Court on the motion of the defendant to substitute parties in this cause. This motion is in the interests of justice and the court finds it to be well taken.

IT IS THEREFORE ORDERED AND ADJUDGED, that Felicia C. Adams, the current United States Attorney for the Northern District of Mississippi be substituted as defendant in place of James Greenlee in this cause.

SO ORDERED AND ADJUDGED this the 1st day of February, 2012.

                                                                                        /s/Jane M. Virden_____
                                                                                        UNITED STATES DISTRICT JUDGE